CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 26 2009

JOHN F. CORCORAN,
BY: /s/ Bright
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

|  |  |
|---|---|
| IN RE: BOYD ALLEN RIGGS, ET AL., <br><br> Debtors. | Civil Action No.: 7:08cv00502 <br><br> **ORDER** <br><br> By: Samuel G. Wilson <br> United States District Judge |

In accordance with the Memorandum Opinion entered on this day, it is **ORDERED** and **ADJUDGED** that this case is **REMANDED** to the bankruptcy court for entry of its order addressing the debtors' Motions for Reconsideration.

**Enter**: This March 26, 2009.

UNITED STATES DISTRICT JUDGE